## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:07CR3 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CALE ANTHONY BONNER,** | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's Motions to Suppress (Filing Nos. 17 and 19) are scheduled for hearing before the undersigned magistrate judge at **9:30 a.m. on April 24, 2007**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
> (a)   **Witnesses.**  At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
> (b)   **Exhibits.**  At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 26th day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge