PS 42
(Rev 07/93)

# United States District Court
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 APR 11 PM 2:27

OFFICE OF THE CLERK

District of Nebraska

**United States of America**      )
                                  )
       vs            )
                                  )
**Cale Bonner**                   )      Case No. 8:07CR3

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Cale Bonner, have discussed with Lisa L. Caviness, Pretrial Services Officer, modification of my release as follows:

(7)(k) The defendant shall reside at Benson Garden Oxford House, 2538 N. 75th Street, Omaha, NE, 68131, (402) 934-2018, at all times and comply with all the rules of such facility. In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the U.S. Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4·9·07     _____  4/9/07
Signature of Defendant      Date       Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____             4-9-07
Signature of Defense Counsel          Date

[X]   The above modification of conditions of release is ordered, to be effective on 4/9/07.

[ ]   The above modification of conditions of release is not ordered.

_____             4/11/07
Signature of Judicial Officer         Date