# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR3 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CALE ANTHONY BONNER, ) | |
| ) | |
| Defendant. ) | |

The joint oral motion of the parties to continue is granted.

**IT IS ORDERED** that the hearing on defendant's Motions to Suppress (Filing Nos. 17 and 19) is continued to **May 10, 2007,** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 20th day of April, 2007.

BY THE COURT

s/ Thomas D. Thalken
United States Magistrate Judge