**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CR3** |
| vs. ) | |
| ) | **ORDER CONTINUING TRIAL** |
| **CALE ANTHONY BONNER,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the defendant's motion to continue the trial currently set for June 26, 2007. The defendant has filed a waiver of speedy trial. Upon the representation that the motion is unopposed, and for good cause shown, I find that trial should be continued to August 21, 2007.

**IT IS ORDERED** that the Motion to Continue Trial [32] is granted, as follows:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **August 21, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), I find that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **June 26, 2007 and August 21, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED June 13, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**